THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MAX GOTTESMAN, Appellant.—

Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ., concur.